**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-6823**

NATHANIEL M. COSTLEY,

Plaintiff - Appellant,

versus

JOHN BROWN, Sheriff; MASON WATERS, Warden;
STEVEN TURVIN, Captain; WILLIAM TOMAS, Lieu-
tenant; B. E. BURK, Lieutenant; LIEUTENANT
POIREGOIES; CORPORAL STANSBURY; R. RUBY,
Corporal,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
98-1274-DKC)

Submitted: April 10, 2001          Decided: May 8, 2001

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel M. Costley, Appellant Pro Se.  Kevin Bock Karpinski,
ALLEN, JOHNSON, ALEXANDER & KARP, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathaniel M. Costley appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Costley v. Brown, No. CA-98-1274-DKC (D. Md. Nov. 16, 1998; Aug. 5, 1999; & filed Mar. 3, 2000; entered Mar. 6, 2000). Costley's motion for preparation of a transcript is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2